**Order entered June 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00852-CR
No. 05-18-00853-CR

**TYRAN DARNELLE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 30121, 30122**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the January 7, 2019 motion of Peter I. Morgan for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Peter I. Morgan as counsel of record for appellant.

We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Tyran Darnelle Wilson, TDCJ No. 02212651, Wallace Unit, 1675 South FM 3525, Colorado City, Texas, 79512.

/s/ DAVID J. SCHENCK
   JUSTICE